UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,

        Plaintiff,

Case No. 18-12759
Hon. Mark A. Goldsmith

v.

ANTHONY TEDESCHI, MOHAMMED KHALIL, NSIMA USEN,
MAHMUD ZAMLUT, LEONARD ELLISON
And THE DETROIT MEDICAL CENTER,
A Domestic Not for Profit Corporation,

        Defendants.

_____

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

### STIPULATION

Now comes the respective parties and hereby stipulate to the following:

That Plaintiff Ali-El-Khalil and Defendant Leonard Ellison, by counsel, stipulate that Plaintiff's claims against Defendant Leonard Ellison are dismissed without prejudice and without costs or attorney fees to either party.

So Stipulated:

| | |
|---|---|
| */s/ Ben M. Gonek* | */s/ Harvey R. Weingarden w/ consent* |
| BEN M. GONEK (P43716) | HARVEY R. WEINGARDEN (P31534) |
| Law Offices of Ben M. Gonek, PLLC | Lippitt O'Keefe Gornbein, LLC |
| Attorney for Plaintiff | Attorney for Defendant Leonard Ellison |
| 500 Griswold Street, Suite 2450 | 370 E. Maple Road |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 963-3377 | (248) 646-8292 |

Dated: February 26, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,

      Plaintiff,                                Case No. 18-12759
                                                            Hon. Mark A. Goldsmith

v.

ANTHONY TEDESCHI, MOHAMMED KHALIL, NSIMA USEN,
MAHMUD ZAMLUT, LEONARD ELLISON
And THE DETROIT MEDICAL CENTER,
A Domestic Not for Profit Corporation,

      Defendants.

_____

**ORDER FOR DISMISSAL
WITHOUT PREJUDICE AND WITHOUT COSTS**

      This matter having come before the Court upon the Stipulation of the parties and the Court being fully advised in the premises:

      **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Leonard Ellison are dismissed without prejudice and without costs or attorney fees to either party.

                                                            s/Mark A. Goldsmith
                                                            MARK A. GOLDSMITH
                                                            United States District Judge

Dated: February 26, 2019