UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,

      Plaintiff,

v.

ANTHONY TEDESCHI, et al.

      Defendants.

Case No: 18-cv-12759
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

**PLAINTIFF'S ANWER TO DEFENDANT MOHAMMED KHALIL'S COUNTERCLAIM AGAINST PLAINTIFF**

Plaintiff/Counter-Defendant, Ali El-Khalil through his counsel, Ben M. Gonek, submits the following Answer to Defendant Mohammed Kahlil's Counterclaim Against Plaintiff, as stated below.

## COUNTERCLAIM

1. **Admitted**. In response to the allegations set forth, Plaintiff/Counter-Defendant admits the allegations contained therein.

2. **Admitted**. In response to the allegations set forth, Plaintiff/Counter-Defendant admits the allegations contained therein.

3. **Admitted**. In response to the allegations set forth, Plaintiff/Counter-Defendant admits the allegations contained therein.

4. **Admitted**. In response to the allegations set forth, Plaintiff/Counter-Defendant admits the allegations contained therein.

5. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

6. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

## COUNT I
## DEFAMATION/SLANDER/DEFAMATION PER SE

7. **Neither admit nor deny**. This paragraph does not require an answer from Plaintiff/Counter-Defendant.

8. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

9. **Neither admit or deny**. In response to the allegations set forth, Plaintiff/Counter-Defendant neither admits nor denies the allegations contained therein for the reason that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

10. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

11. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

12. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

13. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

14. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

15. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

16. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

   a. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

   b. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

   c. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

   d. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

<u>**COUNT II**</u>
<u>**DEFAMATION PER QUO**</u>

17. **Neither admit nor deny**. This paragraph does not require an answer from Plaintiff/Counter-Defendant.

18. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

19. **Neither admit or deny**. In response to the allegations set forth, Plaintiff/Counter-Defendant neither admits nor denies the allegations contained therein for the reason that he does not know what statements Defendant/Counter-Plaintiff is referring to.

20. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

21. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

22. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

23. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

24. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

25. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    a. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    b. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    c. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    d. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

### **COUNT III**
### **FALSE LIGHT**

26. **Neither admit nor deny**. This paragraph does not require an answer from Plaintiff/Counter-Defendant.

27. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

28. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

29. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

30. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    a. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    b. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    c. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    d. **Denied**. In response to the allegations set forth, Plaintiff/Counter-Defendant denies the allegations contained therein, in the manner and form alleged, for the same are factually and/or legally untrue.

    Respectfully submitted,

    BEN GONEK LAW, P.C.

    */s/ Ben M. Gonek*
    Ben M. Gonek (P43716)
    Attorney for Plaintiff
    500 Griswold Street, Ste. 2450
    Detroit, MI 48226
    (313) 963-3377
    (313) 963-9310 (fax)
    ben@goneklaw.com

Dated:  July 22, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,

      Plaintiff,

v.

ANTHONY TEDESCHI, et al.

      Defendants.

Case No: 18-cv-12759
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## PLAINTIFF/COUNTER-DEFENDANT'S AFFIRMATIVE DEFENSES

Plaintiff/Counter-Defendant, Ali El-Khalil through his counsel, Ben M. Gonek, submits the following Affirmative Defenses, as stated below.

1. Defendant/Counter-Plaintiff has failed to state a claim upon which relief can be granted;

2. Plaintiff/Counter-Defendant's statements were privileged;

3. Plaintiff/Counter-Defendant's statements were the truth;

4. Defendant/Counter-Plaintiff's claim is barred because the statements in the complaint are privileged;

9

                                        Respectfully submitted,

                                        BEN GONEK LAW, P.C.

                                        */s/ Ben M. Gonek*
                                        Ben M. Gonek (P43716)
                                        Attorney for Plaintiff
                                        500 Griswold Street, Ste. 2450
                                        Detroit, MI 48226
                                        (313) 963-3377
                                        (313) 963-9310 (fax)
                                        ben@goneklaw.com

Dated: July 22, 2019

## **CERTIFICATE OF SERVICE**

      Ben M. Gonek hereby states that on the 22nd day of July 2019, he caused the foregoing Answer to Defendant Mohammed Khalil's Counterclaim Against Plaintiff and Affirmative Defenses to be filed with the Court and that copies of same were forwarded to all counsel of record via the CM/ECF system.

                                                      */s/ Ben M. Gonek*
                                                      Ben M. Gonek