## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.

                              Case No.  2:18-cv-12759-MAG-APP

   Plaintiff,

                              Hon. Mark A. Goldsmith
                              Mag. Judge Anthony P. Patti

v.

ANTHONY TEDESCHI, MOHAMMED
KHALIL, NSIMA USEN, MAHMUD
ZAMLUT, ~~LEONARD ELLISON~~ and
THE DETROIT MEDICAL CENTER,
A Domestic Not for Profit Corporation,

   Defendants.

_____/

## STIPULATED ORDER DISMISSING COUNTS ONE AND TWO
## AGAINST DR. ANTHONY TEDESCHI

The matter having come before the Court upon the Stipulation of the undersigned Parties that Plaintiff will dismiss Count One, Violation of the Retaliation Provision of the False Claims Act, and Count Two, Violation of the Retaliation Provision of the False Claims Act (Conspiracy), against Dr. Anthony Tedeschi; Count Three, Tortiously Interfering with an Advantageous Business Relationship, will remain; and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that Count One and Count Two are dismissed against Dr. Anthony Tedeschi.

**SO ORDERED**.

This Order does not dispose of all pending claims and does not close the case.

Dated:  August 2, 2019                              s/Mark A. Goldsmith
       Detroit, Michigan                         MARK A. GOLDSMITH
                                    United States District Judge

**STIPULATED AND AGREED TO BY:**

By:   /s/ Roger P. Meyers                    Dated:   July 23, 2019
Roger P. Meyers (P73255)
Vincent C. Sallan (P79888)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
(248) 822-7800
meyers@bsplaw.com
sallan@bsplaw.com
*Attorneys for Defendants The Detroit Medical*
*Center and Dr. Anthony Tedeschi*

By:   /s/ Ben M. Gonek (w/consent)          Dated:   July 23, 2019
Ben M. Gonek (P43716)
LAW OFFICES OF BEN GONEK PLLC
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-3377
ben@goneklaw.com
*Attorney for Plaintiff*