UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,

    Plaintiff,                                          Civil Action No. 18-cv-12759
                                                      Hon. Mark A. Goldsmith

v.

ANTHONY TEDESCHI, MOHAMMED KHALIL, NSIMA USEN,
MAHMUD ZAMLUT, LEONARD ELLISON and
THE DETROIT MEDICAL CENTER,
A Domestic Not for Profit Corporation, jointly and severally

    Defendants.
_____/

| | |
|---|---|
| BEN M. GONEK (P43716) | ROGER P. MEYERS (P73255) |
| LAW OFFICES OF BEN M. GONEK, PLLC | VINCENT C. SALLAN (P79888) |
| Attorney for Plaintiff | BUSH SEYFERTH & PAIGE PLLC |
| 14290 Northline Road | Attorneys for Defendants The Detroit |
| Southgate, MI 48195-1820 | Medical Center and Dr. Anthony Tedeschi |
| 313-963-3377 | 3001 W. Big Beaver Rd., Ste. 600 |
| | Troy, MI 48084 |
| PAUL G. HUEBNER (P78139) | 248-822-7800 |
| TANOURY NAUTS MCKINNEY | |
| & GARBARINO PLLC | MO ABDRABBOH (P61989) |
| Attorneys for Defendant Nsima Usen | MAF LAW |
| 38777 Six Mile Road, Suite 101 | Attorney for Defendant Mohammed Khalil |
| Livonia, MI 48152 | 1360 Porter, Suite 200 |
| 313-964-4500 | Dearborn, MI 48124 |
| | 313-582-5800 |
| MARTIN C. BROOK (P55946) | |
| JOSHUA P. LUSHNAT (P75319) | |
| Attorneys for Defendant Mahmud Zamlut | |
| 34977 Woodward Avenue, Suite 300 | |
| Birmingham, Michigan 48009 | |
| (248) 593-6400 | |

_____/

Tanoury, Nauts, McKinney & Garbarino, PLLC
38777 Six Mile Road, Suite 101
Livonia, Michigan 48152

**PRELIMINARY WITNESS LIST FOR DEFENDANT, NSIMA USEN, D.P.M.**

NOW COMES the Defendant, NSIMA USEN, D.P.M., by his attorneys, TANOURY, NAUTS, McKINNEY & GARBARINO, PLLC, and for his Preliminary Witness List, States as follows:

1. Ali El-Khalil, D.P.M.; Plaintiff
2. Nsima Usen, D.P.M.
3. Vangjo Cobani, D.P.M.
4. Mitchell Holloway—FBI
5. Dr. Wathiq Saka
6. Zeeshan Hussain, D.P.M.
7. Dr. Syed Raza
8. Mohammad Khalil, D.P.M
9. Dr. Elias Kassab
10. Dr. Mahir Elder
11. Dr. Chadi Saad
12. Tameka Taylor, D.P.M.
13. Ali Jabber, as Identified in Plaintiff's Answers to Interrogatories
14. Hassan Bazzi, as Identified in Plaintiff's Answers to Interrogatories
15. Safwan Saker, as Identified in Plaintiff's Answers to Interrogatories
16. Jaleel Quadir, as Identified in Plaintiff's Answers to Interrogatories
17. Nabil Metwally, as Identified in Plaintiff's Answers to Interrogatories
18. Patient's A and B as identified in Plaintiff's Complaint
19. Representatives from the Federal Bureau of Investigation with knowledge of Plaintiff's Conduct.

20. Representative(s) from the Defendant Detroit Medical Center

21. Representative(s) of Belle Fountain Nursing & Rehabilitation Center

22. Representative(s) of Four Seasons Rehabilitation & Nursing Center

23. Representative(s) of Sinai Grace Hospital

24. Representative(s) of Beaumont Health and its various hospital entities with knowledge of Plaintiff's conduct.

25. Representative(s) of Henry Ford Health and its various hospital entities with knowledge of Plaintiff's conduct.

26. Representative(s) of Providence Health System and its various hospital entities with knowledge of Plaintiff's conduct.

27. Representative(s) of any and all other nursing homes, centers, hospitals, and clinics which Plaintiff has privileges, an affiliation and/or treats patients.

28. Any and all persons known now or later discovered which Plaintiff made defamatory statements regarding Defendant.

29. Any and all witnesses disclosed in further depositions, investigation or discovery.

30. Any and all witnesses listed or called by another party.

31. Any and all necessary identification/authentication witnesses.

32. Any and all necessary rebuttal witnesses/impeachment witnesses.

33. Expert Witness(es), if necessary.

34. Defendant reserves the right to file an amended witness list, if necessary.

TANOURY, NAUTS, McKINNEY
& GARBARINO, PLLC

BY: /s/ Paul G. Huebner
PAUL G. HUEBNER
Attorneys for Defendant Nsima Usen
38777 Six Mile Road, Suite 101
Livonia, MI 48152
313-964-4500
paul.huebner@tnmglaw.com
P78139

DATED: February 7, 2020

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System with their respective e-mail or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 7, 2020.

/s/ *Denise S. Seccia*
DENISE S. SECCIA