UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL, D.P.M.,   Case No. 18-cv-12759-MAG-APP

               Plaintiff,   Judge Mark A. Goldsmith
v.   Magistrate Judge Anthony P. Patti

ANTHONY TEDESCHI, MOHAMMED
KHALIL, NSIMA USEN, MAHMUD
ZAMLUT, LEONARD ELLISON, and THE
DETROIT MEDICAL CENTER, a Domestic
Not for Profit Corporation, jointly and severally,

               Defendants.

---

**BRIEF IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION ENJOINING DEFENDANT, THE DETROIT MEDICAL
CENTER, FROM MAKING ANY REPORT REGARDING THE STATUS
OF PLAINTIFFS' MEDICAL STAFF PRIVILEGES WITH THE
NATIONAL PRACTITIONER DATA BANK ("NPDB"), STATE OF
MICHIGAN, AND OTHER REGULATORY AGENCIES AND
AUTHORITIES**

# INDEX OF EXHIBITS

| Exhibit | Date | Description |
|---|---|---|
| A | 4/24/2020 | Email exchange between Roger Meyers and Ben Gonek |
| B | 4/27/2020 | Affidavit of Plaintiff |
| C | 10/10/2017-11/7/2017 | Police reports regarding 10//10/2017 parking lot assault |
| D | 11/30/2017 | Petition by Plaintiff and Personal Protective Order against Mohammed Khalil |
| E | 12/14/2017 | Email from Deborah Freeman to Plaintiff confirming renewal of privileges |
| F | 1/8/2018 | Letter from Ben Gonek to Aaron Maddox, M.D. |
| G | 3/20/2018 | Letter from DMC to Ben Gonek denying renewal of Plaintiff's DMC staff privileges |
| H | 5/22/2014 | DMC Medical Staff Bylaws |
| I | 3/4/2019 | TO BE FILED UNDER SEAL – DMC Hearing Panel Report and Recommendation |
| J | 3/22/2019 | Letter from DMC to Plaintiff reversing prior decision not to renew Plaintiff's staff privileges |
| K | 5/3/2019 | Letter from DMC to Plaintiff announcing Joint Conference Committee to reverse MEC and deny renewal of Plaintiff's staff privileges |
| L | 5/21/2019 | Plaintiff's appeal of Joint Conference Committee decision |
| M | 1/10/2018-7/2/2018 | Email correspondence between Plaintiff's counsel and DMC counsel, Frances Fenelon |
| N | N/A | Proposed Temporary Restraining Order |
| O | N/A | NPDB Guidebook |