# EXHIBIT K



**Corporate Medical Affairs**

HUTZEL BUILDING
4707 St. Antoine, Ste E510
Detroit, MI 48201-1498
(313) 993-0203 Main Phone
(313) 993-0010 Fax

May 3, 2019

**SENT VIA EMAIL AND
CERTIFIED MAIL -   RETURN RECEIPT REQUESTED**.

**CONFIDENTIAL PEER VIEW MATERIAL**

Ali Abdul Karim El-Khalil, DPM
5830 Golfview Dr
Dearborn Heights, MI 48127

**RE:   NOTICE OF JCC DECISION TO DENY REAPPOINTMENT**

Dear Dr. El-Khalil:

As you know, your reappointment was denied recommendation by the DMC Medical Executive Committee ("MEC") on March 19, 2018.  That decision was followed by your Fair Hearing appeal held on December 17, 2018.  The DMC Medical Executive Committee ("MEC") initially recommended denial of your reappointment; however, this recommendation was not supported by the Fair Hearing Review Committee ("Review Committee").  The MEC then reviewed the Review Committee's decision at a meeting on March 18, 2019, and reversed its prior recommendation.  The DMC's Joint Conference Committee ("JCC") and Board of Directors met on April 26, 2018, and considered the respective committee decisions.

This letter is to advise you that JCC voted to deny your reappointment based upon facts and circumstances that gave rise to the MEC's initial decision and which were presented to the Review Committee.   You have had a Fair Hearing and under the Medical Staff Bylaws, Article XII, Section 10, and you do not have the right to a second Fair Hearing.  You may, however, appeal the Decision.

This letter is your notice pursuant to XII, Section 1, of the Medical Staff Bylaws ("Bylaws").  That section states that notice shall come from the President of the DMC but, pursuant to Article XV, Section I, of the Bylaws, the use of the term "President of the DMC" shall be construed to include their designee as well.  Dr. Tedeschi recused himself from voting on this decision, and I am his designee for purposes of providing this notice under the Bylaws.  Below is a summary of your appeal rights and the appeal procedure as set forth in the Medical Staff Bylaws:

1. Within fifteen (15) days of receipt of this notice, you may submit a written request with the DMC Governing Body for an appeal of the Decision.  Please direct any such written request to me, c/o Mary Merity at Corporate Medical Affairs. Failure to request timely an appeal shall constitute waiver of the right to an appeal, and the Governing Body may then act upon the Decision.

2. Any written request for an appeal shall include whether you seek oral argument.

3. In the event you timely request an appeal, the Governing Body shall appoint an ad hoc committee from its membership to conduct such an appeal ("Appeal Committee").

*www.dmc.org*

Children's Hospital of Michigan • Detroit Receiving Hospital and University Health Center • Harper University Hospital •
Huron Valley-Sinai Hospital • Hutzel Hospital • Rehabilitation Institute of Michigan • Sinai-Grace Hospital

Ali Abdul Karim El-Khalil, DPM
May 3, 2019
Page 2

4. Any written request for an appeal must state the reasons for which the review is sought and argument that you may wish the Appeal Committee to consider.

5. The Appeal Committee shall have access to the exhibits and record created before the Review Committee and the decisions of the MEC. The appeal review is limited to a determination of whether the procedures utilized were correct, erroneous, arbitrary, or discriminatory. The Appeal Committee shall not undertake a *de novo* review of the evidence.

6. Oral argument before the Appeal Committee is permitted only if requested and only if the Appeal Committee determines that the record requires clarification and requests that the parties appear. The failure to appear, without good cause, when so requested shall be deemed a waiver of the right to present oral argument and the Appeal Committee may thereafter submit its recommendation to the Governing Body. A copy of the transcript of any oral argument presented before the Appeal Committee shall be provided to you upon payment by you of reasonable charges associated with its preparation.

7. Neither you nor the JCC shall be permitted to introduce additional evidence or to present additional witnesses during the appeal except for compelling circumstances as determined by the Appeal Committee.

8. At the close of the appeal, the Appeal Committee will deliberate and shall affirm, modify or reject the termination Decision. Within thirty (30) days from the close of the appeal, the Appeal Committee shall submit its report to the Governing Body.

9. Under Article XII, Section 9, the Governing Body shall then, at its next regular meeting, consider the recommendation of the Appeal Committee, including the recommendation of the MEC and the report of the Review Committee and will affirm, modify or review the Decision. You will be notified of the Governing Body's decision, which shall be final and binding.

This letter does not purport to be a complete statement of your rights and obligations under the Medical Staff Bylaws, which you previously received and are advised to review carefully.

Sincerely,

Mr. John Levy
Chair, Joint Conference Committee
The Detroit Medical Center

cc:  John Haapaniemi, D.O., President, DMC Medical Staff
     Vinay Pallekonda MD, Chief Medical Officer, Sinai Grace Hospital
     Bryan Little, MD, Specialist in Chief, Department of Orthopaedic Surgery
     Mary Merity, Corporate Director, DMC CVO and Medical Affairs

*www.dmc.org*

Children's Hospital of Michigan • Detroit Receiving Hospital and University Health Center • Harper University Hospital •
Huron Valley-Sinai Hospital • Hutzel Hospital • Rehabilitation Institute of Michigan • Sinai-Grace Hospital