# EXHIBIT 7

**Mike** >

Jul 22, 2016, 5:06 PM

> Stop stealing my patients. Edward wojcik made a written statement that your team told him that I work with you. I'm documenting all this I promise you I'll see you in court soon.

Go fuck your self

> Mother fucker you don't know me yet. You fucken father that mother fucker didn't teach you how to respect your master. You mother the fucken hoe had given birth to a cunt like you. You want to use profanity. I'll show you legally what I can do you you in court.

> Crimson family you come from. Your used to it

> Criminal family you came from. I know. I'll let the court do its work.

Go fuck your self

F01094



**Mike**

> Your mom first bitch. Then ur dad

Go fuck your self

> Your mom first. Then your dad

Go fuck your self

> Okay your dad first

Go fuck your self

> Okay both at the same time

Go fuck your self

> Okay your mom alone

I'm going to rape u like the whore u are... I can wait

> Rape is what your family does
>
> Your used to guys I know
>
> Haj my ass



F01095

