UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL,

       Plaintiff,                                Case No. 18-cv-12759

vs.                                          HON. MARK A. GOLDSMITH

NSIMA USEN, et al.,

       Defendants
_____/

## ORDER
## (1) GRANTING DEFENDANT THE DETROIT MEDICAL CENTER'S MOTION FOR AN ORDER AUTHORIZING SEALING (Dkt. 142); (2) GRANTING DEFENDANT NSIMA USEN'S MOTION TO STRIKE (Dkt. 160); (3) GRANTING USEN'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT IN TRADITIONAL MANNER (Dkt. 156)

Defendant Nsima Usen has filed an emergency motion to strike Exhibit B to her motion for summary judgment (Dkt. 159-3) because it contains information protected by the Health Insurance Portability and Accountability Act. Accordingly, the Court strikes the document. Usen shall follow the protocol established by Eastern District of Michigan Local Rule 5.3(b)(3) if she wishes to file materials under seal. Any revised materials must be submitted by August 5, 2020.

Usen's motion for leave to file an exhibit in the traditional manner (Dkt. 156) and Defendant the Detroit Medical Center's motion for an order authorizing sealing (Dkt. 160) are granted.

      SO ORDERED.

Dated: August 3, 2020                             s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                             United States District Judge