UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI EL-KHALIL,

    Plaintiff,                                                 Case No. 18-12759

vs.                                                       HON. MARK A. GOLDSMITH

NSIMA USEN, et al.

    Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The Detroit Medical Center is awarded summary judgment with respect to the False Claims Act retaliation claim against it. All other claims, except those dismissed with prejudice by previous order, are dismissed without prejudice.

                                                          KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                                          By:    s/Karri Sandusky_____
                                                                     DEPUTY COURT CLERK

        APPROVED:

s/Mark A. Goldsmith_____
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2021