# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 29, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re:  Case No. 21-1140, *Ali El-Khalil v. Nsima Usen, et al*
                     Originating Case No. 2:18-cv-12759

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Robin L Baker for
                                          Monica M. Page, Case Manager
                                          Direct Dial No. 513-564-7021

cc:  Mr. Mohammed Abdrabboh
      Mr. Kassem M. Dakhlallah
      Mr. Roger P. Meyers

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1140

_____

Filed: October 29, 2021

ALI EL-KHALIL, D.P.M.

    Plaintiff - Appellant

v.

NSIMA USEN; MOHAMMED KHALIL; DETROIT MEDICAL CENTER, a Domestic Not for Profit Corporation

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/07/2021 the mandate for this case hereby issues today.

COSTS: None